ANTELOPE, The, (WAITE v.) See Case No. 17,045.

ANTHES. (UNITED NICKEL CO. v.) See Case No. 14,406.

ANTHONY, Ex parte. See Case No. 5,070.

---

## Case No. 485.

### Ex parte ANTHONY.

[1 Cranch, C. C. 295.][1]

Circuit Court, District of Columbia. March, 1806.

SLAVERY—RUNAWAY SLAVES—AUTHORITY OF JUSTICE OF THE PEACE TO COMMIT.

A justice of the peace in Alexandria cannot commit a person as a runaway, unless according to the form of the act of assembly of Virginia, of 26th December, 1792, p. 246.

Habeas corpus. On return it appeared that the prisoner was committed by a warrant under the hand of Mr. Justice Faw, in these words: "Alexandria County, ss. You are hereby required to receive into your custody negro Anthony, who was brought be-

[1][Reported by Hon. William Cranch. Chief Judge.

fore me by Joseph Simpson, as a runaway, said to be a slave, the property of Mr. Richard West, of Prince George's county, Maryland, and him safely keep until he be thence discharged according to law. Given under my hand, this 19th day of April, 1806. A. Faw. Capt. James Campbell, Jailer."

The prisoner was discharged, on consideration of the Acts of Assembly, of December 26, 1792, p. 246; December 10, 1793, pp. 315, 316; and January 21, 1801, p. 412.